AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| DARRYL LAMONT SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **7:12-CV-176-BO** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 23] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 25] is DENIED, and this matter is REMANDED to the Commissioner for further proceedings.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**September 13, 2013**</u> WITH A COPY TO:

H. Clifton Hester (via CM/ECF electronic notification)
Peter A. Heinlein (via CM/ECF electronic notification)


| | |
|---|---|
| September 13, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |